# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAMI JAFILAN

CRIMINAL COMPLAINT

CASE NUMBER:

UNDER SEAL

**08 CR 458**

MAGISTRATE JUDGE SCHENKIER

FILED
June 4, 2008
JUN - 4 2008
June 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, Bryan Watson, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __May 6, 2008__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

by force and violence, and intimidation, take from the person and presence of bank employees at TCF Bank, 6410 W. 127th Street, Palos Heights, Illinois, approximately $175,000 in United States Currency belonging to and in the care, custody, control, management, and possession of TCF Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Sections __2113(a) and 924(c)__.

I further state that I am a __Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:
                                        Official Title

See attached affidavit.

Continued on the attached sheet and made a part hereof: _X_ Yes  ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

June 4, 2008                                          Chicago, Illinois
Date                                                    City and State

Sidney I. Schenkier, United States Magistrate Judge
Name & Title of Judicial Officer                     Signature of Judicial Officer

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF COOK | ) | |

I, Bryan K. Watson, being duly sworn depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed since 2004. My duties include the investigation of various violent crimes, to include bank robberies, in violation of Title 18, United States Code, Section 2113.

2. The information contained in this affidavit is based upon personal knowledge from my participation in this investigation, reports I have read related to this investigation, conversations I have had with others who have knowledge of the events and circumstances described herein, and interviews of bank employees and witnesses. The information below is provided for the limited purpose of establishing probable cause that, on or about May 6, 2008, RAMI N. JAFILAN, by force, violence or intimidation, took from the person and presence of bank employees, approximately $170,000 in United States Currency belonging to and in the care, custody, control, management, and possession of the TCF Bank branch office located at 6410 West 127th Street, Palos Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a); and Title 18 United States Code, Section 2. This affidavit does not contain all the facts of which I am aware related to this investigation.

Robbery of the TCF Bank, 6410 West 127th Street, Palos Heights

3. On May 6, 2008, the TCF Bank, a financial institution insured by the Federal Deposit Insurance Corporation, located at 6410 West 127th Street, Palos Heights, Illinois, was robbed by two armed men.

4. Following the robbery, FBI agents and the Palos Heights law enforcement officers interviewed TCF employees who were present during the TCF Bank robbery.

1

These witnesses stated that, at approximately 6:30 p.m. on May 6, 2008, two adult males wearing masks and dark clothing (Robbers A and B) entered the bank. Robber A, later identified as Ahmad Ali Ahmad, carried a long gun, and Robber B, later identified as RAMI N. JAFILAN, carried a .38 caliber revolver. JAFILAN proceeded directly to the security guard's station and forced the guard to lie on the ground. Ahmad approached the teller counter, jumped over the counter, and ordered the tellers at gunpoint to take him into the bank's money vault. After the tellers led Ahmad into the vault, Ahmad handed one of the tellers, later identified as Nader Zeidan, a white plastic bag and ordered Zeidan to place the money from the vault into the bag. Zeidan filled the bag with money from the vault. After the bag was full of money, Ahmad took the bag, which contained approximately $170,000 of United States Currency.

5. According to witnesses, JAFILAN then ordered the security guard at gunpoint into the vault area after which, Ahmad and JAFILAN instructed the tellers and the security guard to count. The robbers then exited the bank.

6. FBI agents and Palos Heights law enforcement officers interviewed Witness A, who lives near the bank. Witness A stated, at approximately 6:30 p.m., Witness A observed a young femaile seated in the driver's seat of a red Volkswagen Jetta, which was parked adjacent to his residence on 126th Place near Ridgeland Ave. According to Witness A, the red Jetta was parked on the street between his house and the adjacent residence which leads from the TCF parking lot to 126th Place. Witness A thought this was very suspicious and thought the TCF Bank was possibly being robbed and the red Jetta may be involved.

7. Witness A went inside of his residence to record the license plate number to the Jetta. The Witness stated the license plate number was X516510. After recording the license plate number, Witness A went back outside and observed the Jetta speed away with the female driving and what appeared to be a male in the front seat slouching down.

Evidence Provided by Viktorija Malukaite

8. A query of the State of Illinois Vehicle Registration revealed license plate number X516510 is the license plate to a red Volkswagen Jetta that is registered to Viktorija Malukaite. Law enforcement officers located Malukaite and the Jetta and took Malukaite into custody and seized the Jetta. On May 9, 2008, Malukaite was charged by criminal complaint with bank robbery in Case No. 08 CR 374 (Magistrate Judge Nan R. Nolan).

9. During post-arrest interviews, Malukaite, after being informed of her rights and agreeing to speak with law enforcement, confessed to being involved in the robbery of the TCF bank at 6410 West 127th Street on May 6, 2008, along with RAMI JAFILAN and an individual named "Ali." In additional interviews with agents and the United States Attorney's Office, Malukaite stated that "Ali" was Ahmad Ali Ahmad, and that Nader Zeidan and Robber E were also involved in the TCF bank robbery. Malukaite identified Ahmad, JAFILAN, Zeidan, and Robber E by photograph.

10. Malukaite stated that on the day of the robbery, she met with Ahmad, JAFILAN, Zeidan, and Robber E. Robber E removed his vehicle's license plate. Robber E then drove Ahmad and JAFILAN to the TCF Bank and left the area. Malukaite drove her red Jetta Volkswagen to 126th Place near Ridgeland Avenue where she waited for Ahmad and JAFILAN. Moments after the TCF bank robbery, Ahmad and JAFILAN ran from the bank to the area between Witness A's residence and an adjacent residence before entering Malukaite's vehicle. Ahmad carried a long gun, described by Malukaite as a replica shotgun, and JAFILAN carried a revolver handgun. Malukaite then drove Ahmad and JAFILAN to a house she knew to be Ahmad's residence.[1] While in route to the house, JAFILAN vomited in the rear of Malukaite's vehicle. Once inside the residence, the robbers counted the proceeds from the TCF Bank robbery. Malukaite said

---

[1] Malukaite initially provided investigators with a false address for this residence but later led them to the correct address, 8732 Tulley Avenue, Oak Lawn, Illinois, as reflected below in paragraphs 15-17.

3

she believed they counted closed to $200,000. The three of them stacked the money in a closet and put the handgun under a mattress and left the replica shotgun next to a pile of clothes. Malukaite also stated Ahmad and JAFILAN removed their clothes they wore during the bank robbery and placed them in the corner of the room. Although Ahmad and JAFILAN had previously agreed to pay Malukaite $10,000 for her participation in the robbery, later she received $1,000-1,500. Recovered in Malukaite's vehicle, the red Jetta Volkswagen was $985.00 in U.S. Currency she said was part of the money she received from the TCF bank robbery proceeds.

11.  After counting the money, Malukaite, Ahmad, and JAFILAN drove to a park area known as the "Pavilion" in Oak Lawn, Illinois. On the way there, Malukaite called her boyfriend, Individual A, and told him about the robbery. Malukaite stated that Individual A, Ahmad, and JAFILAN are good friends. Individual A agreed to meet them at the "Pavilion." While at the "Pavilion," Ahmad, and JAFILAN bragged about the robbery to Individual A, and numerous other friends who came to the "Pavilion". The group also spoke about the possibility of using the bank robbery proceeds to go on a vacation.

12.  Malukaite, Ahmad and JAFILAN left the "Pavilion" and went to the Hilton Hotel in Oak Lawn and met with Individual B. Malukaite stated while at the hotel, Ahmad checked into room number 507. FBI agents later confirmed that the Hilton Hotel in Oak Lawn registered a room to Ahmad, on the night of May 6, 2008. Several individuals, including JAFILAN, and Individual B, came to the room. Malukaite stated Ahmad and JAFILAN talked openly about robbing the TCF Bank. Malukaite then stated Ahmad received a text message from Zeidan, stating, in effect, that the police had her license plate number. Malukaite stated that she eventually left the hotel.

13.  Malukaite related that on the day following the robbery, May 7, 2008, prior to being arrested, she met Individual C, the brother of Ahmad. Malukaite asked if Individual C knew of Ahmad's whereabouts. Individual C related to Malukaite that

4

Ahmad was preparing to drive to Miami. Malukaite related that she then telephonically contacted Ahmad and he told her to come to Miami to meet with him and other friends. Ahmad told Malukaite to bring nothing because he was going to take care of everything. Ahmad told Malukaite that he would be driving to Miami with JAFILAN but that she should just fly. Malukaite then arranged for air travel to Miami for herself and Individual A.

14. Malukaite and Individual A were scheduled to depart for Miami on May 8, 2008, along with Individuals D and E, who Malukaite identified as being present at the "Pavilion" on May 06, 2008. Malukaite provided the FBI agents with their flight itinerary. FBI agents located Individuals A, D and E, at the O'Hare Airport.

### Search of 8732 Tulley Avenue, Oak Lawn

15. May 08, 2008, a federal search warrant was granted by the Honorable Nan Noland, in this District, for the premises located at 8732 Tulley Avenue, Oaklawn, Illinois, which is the residence Malukaite identified as the place where she, JAFILAN, and Ahmad had counted the money. On same date, at approximately 8:45 p.m., the search warrant was executed.

16. Agents recovered covered approximately $15,000 in United States currency in various concealed locations throughout the house to include the basement, and a bedroom located on the first floor of the residence. Some of the currency was wrapped in money straps dated May 06, 2008. The money straps were inscribed with initials which appeared to be handwritten. FBI agents confirmed the money straps were straps from the TCF Bank, 6410 West 127th Street, Palos Heights, Illinois. FBI agents also confirmed that the initials were written by the TCF bank personnel at that bank. Additionally, FBI agents recovered five rounds of .38 caliber ammunition under a mattress in the basement, which appeared to be ammunition consistent with the weapon carried by JAFILAN.

17. Ali S. Ahmad, the resident of 8732 Tulley Avenue stated that his son, Ahmad, and his family reside at this residence. Ahmad sleeps in the basement area of the home. Ali S. Ahmad further stated that his family including Ahmad, recently moved to 8732 Tulley Avenue from 9100 Parkside Avenue in Oaklawn.

Evidence Provided by Individual B

18. On June 2, 2008, Individual B informed FBI Agents that he has known JAFILAN for over ten years, and on the night of May 6, 2008, after the TCF Bank robbery, Individual B received a telephone call from Ahmad to meet him at the Hilton Hotel in Oak Lawn, Illinois. Upon Individual B's arrival at the Hilton, he observed JAFILAN sitting outside of the hotel. Individual B stated that JAFILAN said that Ahmad and Malukaite were inside getting a room. JAFILAN also stated that others were coming to the room to meet up with them. Upon entering the room with JAFILAN, Individual B observed Ahmad and Malukaite in the room. Individual B believed the room was on the fifth floor of the hotel. Ahmad told everyone that was in the room that he and JAFILAN robbed a bank.

19. Individual B stated that at that point, JAFILAN looked at everyone in the room and smiled, and stated, in effect, "yeah, we robbed a bank." Ahmad then pulled out $1,000 which was a bundle containing ten dollar bills, as Zeidan entered the room.

20. Individual B stated Zeidan told JAFILAN and Ahmad that he wanted his cut. Individual B and JAFILAN further conversed about the TCF Bank robbery and JAFILAN stated that he had planned this bank robbery since December with Zeidan, who is an employee of the TCF Bank. According to Individual B, JAFILAN further stated that he was going to buy himself a Bentley automobile, give his current car to his brother, and open a new business, among the things he would do with his share of the robbery proceeds.

21.  FBI Agents showed Individual B photographs taken from surveillance footage from the Hilton Hotel. Individual B confirmed that the photographs depict him and JAFILAN entering the hotel on the night of the robbery.[2]

22.  Individual B stated that on the next day, Individual B drove with JAFILAN, Ahmad, and two other individuals to Miami. Arriving in Miami, Ahmad, who was driving, pulled into the Royal Palms Hotel. Ahmad and Individual B went inside. Ahmad rented a room for three nights, and paid approximately $3,500 in cash. Individual B had to help Ahmad count the money, which Ahmad pulled out of his pants pocket, all in twenty dollar denominations.

23.  On May 9, 2008, FBI Miami and the Miami Beach Police Department law enforcement officers informed that on May 8, 2008, the Royal Palms Hotel in Miami Beach rented two rooms to a guest by the name of Ahmad Ali Ahmad who gave an address of 9100 Parkside Avenue, Oak Lawn, Illinois. FBI Agents had previously learned that the address of 9100 Parkside Avenue was Ahmad's former residence. The address is also listed on Ahmad's State of Illinois Driver's license, and review of the signature in the hotel's register appeared to match the signature on his driver's license. The rooms were paid for in cash in the amount of $4,000.

Evidence Provided by Individual F

24.  FBI Agents also interviewed Individual F on June 2, 2008. Individual F reported having known Ahmad closely for several years. Individual F stated that she met with Ahmad while he was in Miami, and Ahmad confided in Individual F that he had robbed a bank with JAFILAN.

---

[2] During Individual B's first interview with FBI Agents on May 20, 2008, Individual B told agents that he did not know anything about the robbery and that he did not go to the Hilton Hotel on May 6, 2008. Individual B provided the evidence recited above after FBI Agents had confronted Individual B with this surveillance footage.

25. Based on the above information, I believe there is probable cause to believe that RAMI N. JAFILAN did, by force, violence or intimidation, take from the person and presence of bank employees, approximately $170,000 in United States Currency belonging to and in the care, custody, control, management, and possession of the TCF Bank branch office located at 6410 West 127th Street, Palos Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a) and (2).

FURTHER AFFIANT SAYETH NOT.

Bryan K. Watson
Special Agent,
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
This 4th day of June 2008

Sidney I. Schenkier
United States Magistrate Judge