**FILED**
June 4, 2008
JUN 0 4 2008

Magistrate Judge Sidney I. Schenkier
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 458 |
| v. | ) | 08 cr 458 |
| | ) | Hon. Sidney I. Schenkier |
| RAMI JAFILAN | ) | United States Magistrate Judge |
| | ) | |
| | ) | **UNDER SEAL** |

**GOVERNMENT'S MOTION TO SEAL**
**COMPLAINT, AFFIDAVIT, AND ARREST WARRANT**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the Criminal Complaint, Affidavit, and Arrest Warrant in this matter. The government requests, however, that law enforcement officials be able to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendants. The public filing of the Criminal Complaint, Affidavit, and Arrest Warrant in this matter before the warrant can be executed may alert the defendant and result in his flight. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until August 4, 2008, or until the execution of the Arrest Warrant, whichever comes first.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
ERIK A. HOGSTROM
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-5300