UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 458 |
| v. | ) | |
| | ) | Hon. Sidney I. Schenkier |
| RAMI JAFILAN | ) | United States Magistrate Judge |
| | ) | **UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, all dated June 4, 2008, are SEALED until August 4, 2008, or until the execution of the Arrest Warrant, whichever comes first. Nothing in this Order shall, however, restrain law enforcement officials in their ability to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendant.

ENTER:

*[signature]*

SIDNEY I. SCHENKIER
United States Magistrate Judge

Dated: June 4, 2008