## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 458 - 1 | **DATE** | 6/12/2008 |
| **CASE TITLE** | United States of America vs. Rami Jafilan | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 6/12/08. Defendant informed of rights. Government moves for detention. Detention hearing is set for 6/17/08 at 11:30 a.m. The defendant will be detained in custody pending detention hearing. The government's oral motion to unseal the case is granted.

Docketing to mail notices.

00:12

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 12 PM 3:46
FILED-EDJ