U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S. vs. Rami Jafilan

Case Number: 08CR458

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rami Jafilan

FILED
JUN 1 2 2008
6-12-2008
Magistrate Judge Sidney I. Schenkier
United States District Court

| NAME (Type or print) |
|---|
| William P. Murphy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ [signature] |
| FIRM |
| William P Murphy |
| STREET ADDRESS |
| 407 S. Dearborn |
| CITY/STATE/ZIP |
| Chicago IL 60605 |

| ID NUMBER (SEE ITEM IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1999052 | 312 697 0022 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ |