UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 458 |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| | ) | Emergency Judge |
| RAMI JAFILAN | ) | |

## NOTICE OF MOTION

To: William Murphy                     Carrie Holberg
    407 S. Dearborn St.                U.S. Pretrial Services Office
    Suite 1675                         219 South Dearborn St.
    Chicago, IL 60605                  Room 15100
                                       Chicago, Illinois 60604

PLEASE TAKE NOTICE that on June 24, 2008, at 1:45 p.m., I will appear before the Honorable Virginia Kendall in Courtroom 2319 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the GOVERNMENT'S MOTION TO VACATE RELEASE ORDER FOR DEFENDANT RAMI JAFILAN.

                    s/ Erik A. Hogstrom
                    ERIK A. HOGSTROM
                    Assistant United States Attorney
                    219 South Dearborn Street, 5th Floor
                    Chicago, Illinois 60604
                    Phone: (312) 353-8709
                    Fax: (312) 353-4324