Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 458 - 1 | **DATE** | 6/23/2008 |
| **CASE TITLE** | United States of America vs. Rami Jafilan | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention is denied. Defendant released on $125,000.00 secured bond. Enter order setting conditions of release. The order of release is stayed to 6/24/08 at 10:00 a.m. pending the government seeking an appeal of this Court's order of release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mm |
|---|---|---|