## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 458 | **DATE** | 6/24/2008 |
| **CASE TITLE** | United States of America vs. Rami Jafilan | | |

**DOCKET ENTRY TEXT**

The Court extends the stay of its release order to 5:00 p.m. on 6/24/08.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|