# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | Virginia M. Kendall |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 458 | **DATE** | 6/24/2008 |
| **CASE TITLE** | USA vs. RAMI JAFALIN | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government's emergency motion to vacate the release order is granted. Defendant is remanded to the custody of the U.S. Marshal pending indictment. (draft order to be submitted)

Docketing to mail notices.

01:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|