## United States District Court, Northern District of Illinois

*H HN*

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 458 | **DATE** | June 30, 2008 |
| **CASE TITLE** | USA vs. RAMI JAFILAN | | |

**DOCKET ENTRY TEXT**

Enter Order of Detention.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|